UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

**FILED**
MAY - 9 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | NO. P-19-CR-341 |
| v. § | **INDICTMENT** |
| JOSE VELAZQUEZ-MIRAFUENTES, § | [Vio: 8 U.S.C. § 1324(a)(1)(A) (ii) & (B)(i), |
| JORGE LUIS ALVARADO-RIVERA, § | Transportation of Illegal Aliens |
| § | 8 U.S.C. § 1326, Entry after Deportation] |
| Defendants. § | |

THE GRAND JURY CHARGES:

### COUNT ONE
[8 U.S.C. § 1324(a)(1)(A) (ii) & (B)(i)]

That on or about May 1, 2019, in the Western District of Texas, the Defendants,

JOSE VELAZQUEZ-MIRAFUENTES,
JORGE LUIS ALVARADO-RIVERA,

knowing and in reckless disregard of the fact that an alien, Sergio Manuel Alvizo-Reza, had come to, entered, and remained in the United States in violation of law, did transport and move, and attempted to transport and move said alien, by means of transportation or otherwise, for the purpose of commercial advantage and private financial gain.

A violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

**COUNT TWO**
[8 U.S.C. § 1324(a)(1)(A) (ii) & (B)(i)]

That on or about May 1, 2019, in the Western District of Texas, the Defendants,

JOSE VELAZQUEZ-MIRAFUENTES,
JORGE LUIS ALVARADO-RIVERA,

knowing and in reckless disregard of the fact that an alien, Juan Alfredo Alvizo-Reza, had come to, entered, and remained in the United States in violation of law, did transport and move, and attempted to transport and move said alien, by means of transportation or otherwise, for the purpose of commercial advantage and private financial gain.

A violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

**COUNT THREE**
[8 U.S.C. § 1326]

On or about May 1, 2019, in the Western District of Texas, Defendant,

JOSE VELAZQUEZ-MIRAFUENTES,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported, and removed therefrom on or about November 25, 2014, and that the defendant had not received consent to reapply for admission to the United States from the U.S. Attorney General or the Secretary of the Department of Homeland Security, the successor for this function pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

A violation of Title 8, United States Code, Section 1326.

## COUNT FOUR
[8 U.S.C. § 1326]

On or about May 1, 2019, in the Western District of Texas, Defendant,

JORGE LUIS ALVARADO-RIVERA,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported, and removed therefrom on or about September 8, 2017, and that the defendant had not received consent to reapply for admission to the United States from the U.S. Attorney General or the Secretary of the Department of Homeland Security, the successor for this function pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

A violation of Title 8, United States Code, Section 1326.

A TRUE BILL

Original signed by the foreperson of the Grand Jury

FOREPERSON OF THE GRAND JURY

**JOHN F. BASH**
**UNITED STATES ATTORNEY**

BY: _____
JAMIE DECKER
Assistant U.S. Attorney